# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX. REL., ALLAN MOOREFIELD,<br><br>          Petitioner<br><br>          v.<br><br>PENNSYLVANIA DEPARTMENT OF CORRECTIONS, KEVIN KAUFFMAN, SUPERINTENDENT, S.C.I.-SMITHFIELD, HUNTINGDON, PA; DISTRICT ATTORNEY'S OFFICE OF ALLEGHENY COUNTY PENNSYLVANIA, COURT OF COMMON PLEAS OF ALLEGHENY COUNTY PENNSYLVANIA, ATTORNEY'S GENERAL OFFICE OF PENN,<br><br>          Respondents | No. 27 WM 2015 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of May, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.